DALE WILLS
C.D.C. No. J-16405
P.O. Box 5246
Corcoran, CA 93212-5246
IN PRO SE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

    Petitioner,

v.

JAMES TILTON, et al.,

    Respondents.

Case No.

DECLARATION OF DALE WILLS IN SUPPORT OF PETITIONER'S MOTION FOR ORDER DIRECTING CLERK TO ENDORSE FILE PAPERS RETROACTIVELY

I, DALE WILLS, DECLARE AS FOLLOWS:

1. I am the Petitioner in the above-entitled action and make this declaration in support of my motion for order directing clerk to endorse file papers retroactively.

2. I have personal knowledge of the circumstances involved and matters stated herein and if called to testify to any of these matters I could do so competently.

3. On February 21, 2007, I mailed to this Court one complete original of a petition for writ of habeas corpus and supporting memorandum of points and authorities for the clerk's file, one complete copy for the district judge's personal use, one

complete copy for a magistrate judge's personal use, if needed, and one complete copy for service upon the attorney general, all of which is again submitted contemporaneously herewith. I also provided an extra copy of the caption pages only and requested that these caption pages be endorsed and returned to me for my own records. I included a self-addressed stamped envelope for this purpose. However, I never received any response.

4. On May 27, 2007, I transcribed and authored a letter to this Court inquiring into the caption pages I requested to be endorsed and returned. The clerk soon provided a response that no petition has been received.

5. As a result of the foregoing, I would ask the Court to direct the clerk to retroactively endorse-file the petition for writ of habeas corpus and supporting memorandum of points and authorities submitted contemporaneously herewith on the date they were first mailed to this Court on February 21, 2007, as I do not know what happened to the documents first mailed and it is not beyond the realm of possibility that prison officials could have lost the documents.

I declare under penalty of perjury under all applicable laws that the foregoing is true and correct.

DATED: 6-19-2007

By: _/s/ Dale Wills_
DALE WILLS

2