DALE WILLS
C.D.C. No. J-16405
P.O. Box 5246
Corcoran, CA 93212-5246
IN PRO SE

FILED
JUL 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE WILLS,<br><br>Petitioner,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Respondents. | Case No. C-07-3354 CW (PR)<br><br>PETITIONER'S EX PARTE MOTION FOR ORDER EXTENDING TIME TO PAY FILING FEE |

Petitioner DALE WILLS ("Moving Petitioner") on behalf of himself and pursuant to Federal Rules of Civil Procedure 6(b) and 7(b)(1) hereby moves the Court ex parte for an order extending the time to pay the filing fee in this action to a date that is ten (10) days from the date of filing of this motion on the grounds that due to his indigency Petitioner has to rely on his biological mother to pay the filing fee for him but she has to call the court to find out how to make out the check on Monday, July 23, 2007.

DATED: July 22, 2007

Respectfully Submitted,

By: /s/ Dale Wills
DALE WILLS
Petitioner In Pro Se