DALE WILLS / J-16405
P.O. Box 5246 / C-5-225
Corcoran, CA 93212-5246

RECEIVED

JUL 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

CW

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

C.S.A.T.P.
STATE PRISON

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES