1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  BRUCE ORTEGA
   Deputy Attorney General
6  [State Bar No. 131145]
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, California 94102-7004
      Telephone: (415) 703-1335
8     Fax: (415) 703-1234
      e-mail: bruce.ortega@doj.ca.gov
9  Attorneys for Respondents

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

| | |
|---|---|
| DALE WILLS,<br><br>                                    Petitioner,<br><br>v.<br><br>JAMES TILTON, Director of the California Department of Corrections and Rehabilitation, and KEN CLARK, Warden of the Corcoran State Prison,<br><br>                                    Respondents. | C 07-3354 CW (PR)<br><br>NOTICE OF LODGING AND INDEX OF EXHIBITS TO THE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS DUE TO PETITIONER'S FAILURE TO COMPLY WITH THE STATUTE OF LIMITATIONS |

Respondents hereby submit the following exhibits to be lodged with the Court in connection with its consideration of the Motion to Dismiss Petition for Writ of Habeas Corpus Due to Petitioner's Failure to Comply with the Statute of Limitations in the above cause of action.

**INDEX**

EXHIBIT A    Various Documents from *People v. Wills*, Alameda County Superior Court Case No. H-21247: Information; Jury Verdicts; District Attorney Letter to the Probation Department; Probation Officer's Report; Clerk's Minutes from Sentencing; Abstract of Judgment; Notice of Appeal.

*Wills v. Tilton, et al.*, C 07-3354 CW (PR) NOTICE OF LODGING & INDEX OF EXHIBITS TO THE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS DUE TO PETITIONER'S FAILURE TO COMPLY WITH THE STATUTE OF LIMITATIONS

1

| | | |
|---|---|---|
| 1 | EXHIBIT B | Docket Sheet, California Court of Appeal, First Appellate District, Division Three, *People v. Wills*, Case No. A075136. |
| 2 | EXHIBIT C | Opinion of the California Court of Appeal, First Appellate District, Division Three, *People v. Wills*, Case No. A075136. |
| 3 | EXHIBIT D | Petitioner's September 4, 2003 Petition for Writ of Habeas Corpus, California Supreme Court Case No. S118731. |
| 4 | EXHIBIT E | California Supreme Court Order Denying Petition for Writ of Habeas Corpus, filed June 9, 2004, Case No. S118731. |
| 5 | EXHIBIT F | Petitioner's February 18, 2005 Petition for Writ of Habeas Corpus, California Supreme Court Case No. S131563. |
| 6 | EXHIBIT G | California Supreme Court Order Denying Petition for Writ of Habeas Corpus, filed January 4, 2006, Case No. S131563. |
| 7 | EXHIBIT H | Superior Court Order Regarding Petitioner's Petition for Writ of Habeas Corpus, *In re Wills*, Alameda County Superior Court Case No. H21247. |
| 8 | EXHIBIT I | Docket Sheet, California Court of Appeal, First Appellate District, Division Three, *In re Wills*, Case No. A113921. |
| 9 | EXHIBIT J | Petitioner's August 16, 2006, Petition for Writ of Habeas Corpus, California Supreme Court Case No. 1458723. |
| 10 | EXHIBIT K | California Supreme Court Order Denying Petition for Writ of Habeas Corpus, filed February 7, 2007, Case No. 1458723. |

Dated: October 16, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Bruce Ortega

BRUCE ORTEGA
Deputy Attorney General

Attorneys for Respondents

BO:jkh
SF2007402422
20109520.wpd

*Wills v. Tilton, et al.*, C 07-3354 CW (PR) NOTICE OF LODGING & INDEX OF EXHIBITS TO THE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS DUE TO PETITIONER'S FAILURE TO COMPLY WITH THE STATUTE OF LIMITATIONS

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Wills v. Tilton, et al.*
No.: **C 07-03354 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 16, 2007, I served the attached

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS DUE TO PETITIONER'S FAILURE TO COMPLY WITH THE STATUTE OF LIMITATIONS**

**NOTICE OF LODGING AND INDEX OF EXHIBITS TO THE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS DUE TO PETITIONER'S FAILURE TO COMPLY WITH THE STATUTE OF LIMITATIONS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Dale G. Wills
J-16405
California State Prison, Corcoran
P.O. Box 5246
Corcoran, CA 93212-5246
(With copies of Exhibits)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 16, 2007, at San Francisco, California.

| J. Hum | *J. Hum* |
|---|---|
| Declarant | Signature |

20109531.wpd