DALE WILLS / J-16405
P.O. Box 5246 / C-5-225
Corcoran, CA 93212-5246



CSATF
STATE PRISON

Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

LEGAL MAIL