1  DALE WILLS
   C.D.C. No. J-16405
2  P.O. Box 5246
   Corcoran, CA 93212-5246
3  IN PRO SE



FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

    Petitioner,

v.

JAMES TILTON, et al.,

    Respondents.
_____/

Case No. C-07-3354 CW (PR)

PETITIONER'S NOTICE REGARDING SUBMITTED MATTER

    Petitioner, DALE WILLS, hereby brings to the attention of the Court the document entitled "PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE re: COERCIVE CIVIL CONTEMPT SANCTIONS FOR OBSTRUCTION OF JUSTICE" mailed to this Court on November 15, 2007, wherein Petitioner asserts that Respondents have taken affirmative action to delay resolution of these proceedings by preventing Petitioner from attending the prison law library and that such action constitutes an obstruction of justice in that it prevents Petitioner from making available to this Court his papers in opposition to Respondents' motion to dismiss.

    Although only ten (10) actual days have elapsed since the

mailing of the motion, Petitioner believes that the issue is of such a character that it necessitates prompt action as Petitioner still has not been allowed law library access.

DATED: Nov. 25, 2007

Respectfully Submitted,

By: _____
DALE WILLS
Petitioner In Pro Se

///
///
///