DALE WILLS / J-16405
P.O. Box 5246 / C-5-225
Corcoran, CA 93212-5246

CSAT
tATE Pri...

9461235212 0037

LEGAL MAIL

Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004331204
$ 00.41⁰
NOV 26 2007
MAILED FROM ZIPCODE 93212