IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE WILLS, | No. C 07-03354 CW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS |
| v. | |
| JAMES TILTON, Warden, | (Docket no. 10) |
| Respondent. / | |

Petitioner has filed a document entitled "Petitioner's Motion for Order to Show Cause re: Coercive Civil Contempt Sanctions for Obstruction of Justice," which the Court construes as a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss.  Petitioner states that he is unable to submit his opposition to Respondent's motion to dismiss because he was denied law library access due to a lockdown at the prison.  On November 6, 2007, Petitioner filed a 602 appeal requesting law library access.  On November 8, 2007, he received a denial at the informal level, which stated:

> Denied.  Per the governing authority, whites are on lockdown, thus for safety and security issues you must use the paging system; when you come off lockdown please submit a I/M request for each time you need to come to library.

(Pet'r Ex. A.)

1    Having read and considered Petitioner's request, and good
2 cause appearing,
3    IT IS HEREBY ORDERED that Petitioner's request for an
4 extension of time is GRANTED. The time in which Petitioner may
5 file his opposition to Respondent's Motion to Dismiss will be
6 extended up to and including <u>January 7, 2008</u>. If Respondent wishes
7 to file a reply brief, he shall do so no later than <u>fifteen (15)</u>
8 <u>days</u> after the date Petitioner's opposition is filed.
9    This Order terminates Docket no. 10.
10    IT IS SO ORDERED.

Dated: 12/10/07            _____
                           CLAUDIA WILKEN
                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-03354 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Louis Ortega
California State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dale G. Wills J-16405
Corcoran State Prison
P.O. Box 5246
Corcoran, CA 93212-5246

Dated: December 10, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk