1  DALE WILLS
   C.D.C. No. J-16405
2  P.O. Box 5246
   Corcoran, CA 93212-5246
3  IN PRO SE

FILED
2008 JAN -7 PH 2:23
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

    Petitioner,

v.

JAMES TILTON, et al.,

    Respondents.
_____/

Case No. C-07-3354 CW (PR)

PETITIONER'S EX PARTE MOTION FOR ORDER EXTENDING TIME TO FILE PAPERS IN OPPOSITION TO RESPONDENTS' MOTION TO DISMISS

    Petitioner, DALE WILLS ("Moving Petitioner"), on behalf of himself and pursuant to Habeas Corpus Rule 11 and Federal Rules of Civil Procedure 6(b) and 7(b)(1), hereby moves this Court ex parte for an order extending the time in which Moving Petitioner must file and serve papers in opposition to Respondents' Motion to Dismiss from the current due date of January 7, 2008, to and including January 21, 2008, on the grounds that good cause exist for the requested extension in that since the previous order of extension Moving Petitioner has been allowed access to the law library but has only been able to complete two (2) of the four (4) points of argument to oppose Respondents' Motion to Dismiss. Petitioner

is confident, to the extent that extraordinary circumstances beyond his control do not prevent law library access, that he will be able to complete his opposing papers for submission within the requested time.

DATED: January 3, 2008

Respectfully Submitted,

By: _Dale Wills_
DALE WILLS
Petitioner In Pro Se

///
///
///