DALE WILLS/J-16405
P.O. Box 5246/C-5-225
Corcoran, CA 93212-5246

CSATF
STATE PRISON

Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004331204  $ 00.41⁰
MAILED FROM ZIP CODE 93212  JAN 04 2008