IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE WILLS,<br><br>      Petitioner,<br><br>  v.<br><br>JAMES TILTON, Warden,<br><br>      Respondent.<br>_____/ | No. C 07-03354 CW (PR)<br><br>ORDER GRANTING PETITIONER A SECOND EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS<br><br>(Docket no. 13) |

    Petitioner has filed a second request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Petitioner states that he is unable to submit his opposition to Respondent's motion to dismiss because he has limited access to the prison law library.

    Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's second request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including <u>January 21, 2008</u>. If Respondent wishes to file a reply brief, he shall do so no later than <u>fifteen (15) days</u> after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 13.

    IT IS SO ORDERED.

Dated: 1/14/08

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Wills3354.grant2ndEOToppnMTD.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-03354 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Louis Ortega
California State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dale G. Wills J-16405
Corcoran State Prison
P.O. Box 5246
Corcoran, CA 93212-5246

Dated: January 14, 2008

                            Richard W. Wieking, Clerk
                            By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.07\Wills3354.grant2ndEOToppnMTD.wpd