DALE WILLS / J-16405
P.O. Box 5246 / C-5-225
Corcoran, CA 93212-5246

CSATF
STATE
PRISON

Legal Materials Only

Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212



UNITED STATES POSTAGE
$ 02.83°
MAILED FROM ZIP CODE 93212
JAN 16 2008
0004331204
02 1A
PITNEY BOWES