

UNITED STATES POSTAGE $01.470 JAN 17 2008
02 1A 0004331204 MAILED FROM ZIPCODE 93212

CSATF STATE PRISON

DALE WILLS / J-16405
P.O. Box 5246 / C-5-225
Corcoran, CA 93212-5246

Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

Legal Materials Only