IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

       Petitioner,

  v.

JAMES TILTON,

       Respondent.
_____/

No. C 07-03354 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Dale Wills' Petition for Writ of Habeas Corpus is denied as untimely, and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of August, 2008.

                            RICHARD W. WIEKING
                            Clerk of Court


               By: *Sheilah Cahill*
                            SHEILAH CAHILL
                            Deputy Clerk

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-03354 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Louis Ortega
California State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dale G. Wills J-16405
Corcoran State Prison
P.O. Box 5246
Corcoran, CA 93212-5246

Dated: August 28, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk